UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALHAMBRA,<br><br>Defendant and Counter-Claimant. | CV 10-8635 PA (JCx)<br>CV 11-253 PA (JCx)<br><br>JUDGMENT |
| SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALHAMBRA,<br><br>Defendant and Counter-Claimant. | |

Pursuant to the Court's Minute Order dated June 6, 2011, granting the motions for partial summary judgment filed by plaintiffs Southern California Gas Company and Southern California Edison ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have judgment in their favor against defendant City of Alhambra ("Defendant") on their claims for violation of the Contract Clause of the United States Constitution and the

California Constitution. Plaintiff Southern California Edison shall also have judgment in its favor on its claim for declaratory judgment. Pursuant to Plaintiffs' requests, the remaining claims in each of the Complaints are dismissed without prejudice. Defendant's counterclaims against Plaintiffs are also dismissed, in light of the Court's ruling on the claims for violation of the Contract Clause.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant take nothing and that Plaintiffs shall have their costs of suit.

IT IS SO ORDERED.

DATED: June 6, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE