| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ALHAMBRA,<br><br>　　　　Defendant and Counter-Claimant. | Case No.  CV10 8635-PA (JCx) **<br>Case No.  CV11 253-PA (JCx)<br><br>ORDER FOR AWARDS OF ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988 |
| SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ALHAMBRA,<br><br>　　　　Defendant. | |

Pursuant to the parties' Stipulation for Award of Attorneys' Fees to Plaintiffs Pursuant to 42 U.S.C. § 1988, and good cause appearing therefor, the Court hereby orders:

　　　1.　　In Case No. CV10 8635-PA (JCx), plaintiff Southern California Gas Company is hereby awarded attorneys' fees in the amount of $250,000 against defendant City of Alhambra;

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

2. In Case No. CV11 253-PA (JCx), plaintiff Southern California Edison Company is hereby awarded attorneys' fees in the amount of $100,000 against defendant City of Alhambra.

IT IS SO ORDERED.

Dated: June 21, 2011

Honorable Percy Anderson
United States District Judge