UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ALHAMBRA,<br><br>　　　　　Defendant and<br>　　　　　Counter-Claimant. | Case No. CV 10-8635 PA (JCx)<br><br>AMENDED JUDGMENT |

Pursuant to (a) the Court's Minute Order dated June 6, 2011, granting plaintiff Southern California Gas Company ("The Gas Company") partial summary judgment, (b) the Stipulation For Awards Of Attorneys' Fees To Plaintiffs Pursuant To 42 U.S.C. § 1988 filed June 17, 2011, and (c) the Stipulation Regarding Amended Judgment of the parties, filed June 21, 2011,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that The Gas Company shall have judgment in its favor against defendant City of Alhambra ("Defendant") on its claims for violation of the Contract Clauses of the United States Constitution and the California Constitution, the first and second claims for relief in The Gas Company's First Amended Complaint filed December 27, 2010, including as set forth below:

1. The Gas Company is granted a declaratory judgment against Defendant that the Encroachment Fee for Work by Utility Companies in Major City Streets That Require Temporary Closure of Street, Sidewalks and Lanes During Construction (including the initial application and proposed work plan review fee, the excavation fee, the encroachment permit approval fee and the inspection fee) and the Excavation Fee Without Lane Closures and Plan Check (jointly referred to as the "Challenged Fees") contained in Defendant's Resolution No. R2M9-1, as applied to The Gas Company, substantially impair its contractual rights under its franchise agreement with the City (the "Franchise") in violation of the Contract Clauses of the United States and California Constitutions (the "Contract Clauses").

2. In order to avoid irreparable injury to The Gas Company as a result of Defendant's infringement of The Gas Company's contractual rights in violation of the Contract Clauses, Defendant, its officers, employees and persons acting in concert with them, are hereby permanently enjoined from requiring that The Gas Company or its contractors pay the Challenged Fees, or any of them, as a condition to performing work pursuant to the Franchise.

3. Pursuant to 42 U.S.C. § 1988 and the stipulation of the parties, The Gas Company is hereby awarded attorneys' fees in the amount of $250,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to The Gas Company's request, the remaining claims in its First Amended Complaint are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant's counterclaims against The Gas Company are also dismissed, in light of the Court's ruling on the claims for violation of the Contract Clauses.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant take nothing and that The Gas Company shall have its costs of suit.

. . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Amended Judgment shall supersede the Judgment entered by the Court on June 6, 2011.

IT IS SO ORDERED.

Dated: June 27, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE